**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL STEVE COX, | ) | |
| Petitioner, | ) | 3:10-cv-00596-ECR-RAM |
| vs. | ) | |
| J. PALMER, et al., | ) | ORDER REGARDING FILING FEE |
| Respondents. | ) | |

Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2255, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*. The Clerk was directed to provide petitioner with the proper forms and petitioner was advised to pay the fee of file the application within 30 days. *See* Order, docket # 3, dated October 20, 2010.

The allowed time to respond to the Court's order has expired and petitioner has neither sought an enlargement of time nor complied paid the fee or applied for in *forma pauperis* status. Thus, the petition shall be dismissed.

**IT IS THEREFORE ORDERED** that Petition for Writ of Habeas Corpus (docket #1-1) shall be **filed** and is **dismissed.** The Clerk shall enter judgment accordingly.

Dated, this 10th day of January, 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE