AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MICHAEL STEVE COX,

    Petitioner,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00596-ECR-RAM**

J. PALMER, et al.,

    Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **dismissed.**

   January 11, 2011                                      **LANCE S. WILSON**
                                                                            Clerk

                                                                          /s/ D. R. Morgan
                                                                            Deputy Clerk